# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GUTIERREZ, | 1:11-cv-00712-AWI-GSA-PC |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED (Doc. 1.) |
| v. | |
| J. HERNANDEZ, | |
| Defendant. | OBJECTIONS, IF ANY, DUE IN THIRTY DAYS |

Arturo Gutierrez ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 25, 2011. (Doc. 1.) On May 8, 2012, the Court dismissed Plaintiff's Complaint for failure to state a claim, with leave to file an Amended Complaint within thirty days. (Doc. 13.) 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order.[1] As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, IT IS HEREBY RECOMMENDED that pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action be DISMISSED, with prejudice, based on Plaintiff's failure to state

---

[1] The United States Postal Service returned the order on May 16, 2012 as undeliverable due to an incomplete CDC#. On May 16, 2012, the Court re-served the order on Plaintiff at his address of record including Plaintiff's complete CDC#. The United States Postal Service returned the order again on May 24, 2012 as undeliverable. A notation on the envelope indicates that Plaintiff has been discharged. However, Plaintiff has not notified the Court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 182(f).

1  a claim upon which relief may be granted under section 1983, and that this dismissal be subject to
2  the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). Silva v. Vittorio, 658 F.3d 1090, 1098
3  (9th Cir. 2011).

4    These findings and recommendations are submitted to the United States District Judge
5  assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within thirty days
6  after being served with these findings and recommendations, Plaintiff may file written objections
7  with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings
8  and Recommendations." Plaintiff is advised that failure to file objections within the specified time
9  may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir.
10 1991).

12    IT IS SO ORDERED.
13    Dated:   **June 29, 2012**            /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE